IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. 3:22-CR-00378-N |
|---|---|
| v. | |
| RAYNALDO RIVERA ORTIZ JR. | |

### GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

Pursuant to Federal Rule of Evidence 902(11), the United States of America (the government) files notice of its intent to offer the following business records by affidavit, certificate, and/or declaration of the respective institution's custodian of records, as described and set forth below:

| **Description of business records** | **Description of affidavit, certificate, or declaration** | **Location of affidavit in government discovery; location of respective business records** |
|---|---|---|
| Financial account records, JPMorgan Chase Bank, N.A., | Tykeisha Washington (JPMorgan Chase), November 30, 2022 | GOV_00008723 (pages 2-5 of placeholder file in native format); GOV_00008723 (subsequent pages of placeholder file in native format) |
| Financial account records, JPMorgan Chase Bank, N.A. | Kaye Sutton (JPMorgan Chase), December 30, 2022 | GOV_00008725 – GOV_00008726; GOV_00008727 – GOV_00008782 |

**Government's Notice of Intent to Offer Evidence - Page 1**

| Financial account records, JPMorgan Chase Bank, N.A., | Kavya Shekar (JPMorgan Chase), November 22, 2022 | GOV_00009213 (pages 2-3 of placeholder file in native format); GOV_00009213 (subsequent pages of placeholder file in native format) |
|---|---|---|
| Financial account records, JPMorgan Chase Bank, N.A., | Tammy Tatum (JPMorgan Chase), November 2, 2022 | GOV_00036988 – GOV_00036989; GOV_00036990 – GOV_00037161 |
| Financial account records, JPMorgan Chase Bank, N.A. | Kaye Sutton (JPMorgan Chase), February 3, 2023 | GOV_00037163 – GOV_00037165; GOV_00037166 - GOV_00037560 |
| Financial account records, American Express | Donna Lund (American Express), January 25, 2023 | GOV_00036798; GOV_00034556 – GOV_00036795 |
| Financial account records, Bank of America, N.A., | Alexis Wilks (Bank of America), November 29, 2022 | GOV_00008959; GOV_00008783 – GOV_00008958 |
| Financial account records, Bank of America, N.A. | Alexis Wilks (Bank of America), February 28, 2023 | GOV_00037565; GOV_00037566 – GOV_00037783 |

**Government's Notice of Intent to Offer Evidence - Page 2**

As set forth above, the records and their respective certifications have been made available to the defendant. Because the government has satisfied all the requirements of Rule 902(11), the government respectfully requests that the Court reject any hearsay and/or authentication objections to the records.

    Respectfully submitted,

    LEIGHA SIMONTON
    UNITED STATES ATTORNEY

    *s/ John J. de la Garza III*
    John J. de la Garza III
    Texas Bar No. 007964555
    Assistant United States Attorney
    1100 Commerce Street, Room 300
    Dallas, Texas 75242-1699
    Telephone: 214-659-8682
    Email  john.delagarza@usdoj.gov

## Certificate Of Service

I certify that a copy of this pleading was served on counsel for the defendant via ECF on the 7th day of December, 2023.

    *s/ John J. de la Garza III*
    John J. de la Garza III
    Assistant United States Attorney