IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CASE NO. 3:22-CR-00378-N |
| | § | |
| RAYNOLDO RIVERA ORTIZ, JR. | § | |
| | § | |

NOTICE OF APPEARANCE

Now comes J. Nicholas Bunch of the law firm of Haynes and Boone, LLP, and gives notice of his appearance in this case as attorney of record for nonparty Baylor Scott & White Surgicare North Dallas. It is respectfully requested that all notices and orders from the Court, as well as all filings of the parties, be sent to the undersigned.

Dated: March 4, 2024               Respectfully Submitted,

                                                        /s/ J. Nicholas Bunch
                                                        J. Nicholas Bunch
                                                        Texas State Bar No. 24050352
                                                        **HAYNES AND BOONE, LLP**
                                                        2801 N. Harwood St., Suite 2300
                                                        Dallas, Texas 75201
                                                        (214) 651-5000 (phone)
                                                        (214) 651-5940 (fax)
                                                        *nick.bunch@haynesboone.com*

                                                        **Counsel for Nonparty Baylor Scott & White Surgicare North Dallas**

## CERTIFICATE OF SERVICE

    I hereby certify that on March 4, 2024, the foregoing document was served on all counsel of record via the Court's electronic filing system.

    */s/ J. Nicholas Bunch*
    J. Nicholas Bunch