IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. 3:22-CR-00378-N |
|---|---|
| v. | |
| RAYNALDO RIVERA ORTIZ JR. | |

## GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

Pursuant to Federal Rule of Evidence 902(11), the United States of America (the government) gives notice of its intent to offer the following business records by affidavit, certificate, and/or declaration of the respective institution's custodian of records, as described and set forth below:

| Description of business records | Description of affidavit, certificate, or declaration | Location of affidavit in government discovery; location of respective business records |
|---|---|---|
| Business records, Southwestern Institute of Forensic Science (SWIFS), Case No. 22-IFS-12341 (5 pages) | Jeffrey Barnard, December 19, 2023 | GOV_00043621; GOV_00043622 - GOV_00043626 |
| Business records, SWIFS, Case No. 22-IFS-12756-(5 pages) | Jeffrey Barnard, December 19, 2023 | GOV_00043627; GOV_00043628 - GOV_00043632 |
| Business records, SWIFS, Case No. 22-IFS-17336 (1 page) | Jeffrey Barnard, December 19, 2023 | GOV_000043633; GOV_000043634 |

**Government's Notice of Intent to Offer Evidence - Page 1**

The records and their respective certifications have been made available to the defendant. The records establish the chain of custody for the receipt, testing, and destruction of item nos. 005-001, 005-002, and 005-003 in SWIFS case no. 22-IFS-12341; the receipt, testing, and release of item no. 001-009 in SWIFS case no. 22-IFS-12756; and the receipt, testing, and release of item no. 001-001 in SWIFS case no. 22-IFS-17336. Because the government has satisfied the requirements of Rule 902(11), the government respectfully requests that the Court reject any hearsay and/or authentication objections to the records.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*s/ John J. de la Garza III*
John J. de la Garza III
Texas Bar No. 007964555
Assistant United States Attorney
1100 Commerce Street, Room 300
Dallas, Texas 75242-1699
Telephone: 214-659-8682
Email  john.delagarza@usdoj.gov

### Certificate Of Service

I certify that a copy of this pleading was served on counsel for the defendant via ECF on the 4th day of March 2024.

*s/ John J. de la Garza III*
John J. de la Garza III
Assistant United States Attorney