IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. 3:22-CR-00378-N |
|---|---|
| v. | |
| RAYNALDO RIVERA ORTIZ JR. | |

## GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 902(4)

Pursuant to Federal Rule of Evidence 902(1) and (4), the United States of America (the government) gives notice of its intent to offer the attached domestic public documents that bear seals and are signed, and/or are certified copies of public records, as described and set forth below, as evidence in this case:

| Description of public records | Description of person making the certification and/or the seal | Location of public records in government discovery |
|---|---|---|
| First Amended Complaint, License H-9000, Texas Medical Board (10 pages) | Ryan Wimmer, December 7, 2023 | GOV_00039813 – GOV_00039822 |
| Agreed Order on Formal Filing, License H-9000, Texas Medical Board (7 pages) | Ryan Wimmer, December 7, 2023 | GOV_00039840 – GOV_00039846 |
| Agreed Order, License No. H-9000, Texas Medical Board (12 pages) | Ryan Wimmer, December 7, 2023 | GOV_00039823 – GOV_00039834 |
| Notice of Federal Tax Lien, Taxpayer Raynaldo R Ortiz Jr, Serial Number | Stacy Kemp, by Pamela Klekamp, February 8, 2024, | GOV_00043708 - GOV_00043711 |

**Government's Notice of Intent to Offer Evidence - Page 1**

| | | |
|---|---|---|
| 447851822, recorded January 26, 2022 (4 pages) | | |
| Notice of Federal Tax Lien, Taxpayer Raynaldo R Ortiz Jr, Serial Number 437235421, recorded August 24, 2021 (4 pages) | Stacy Kemp, by Pamela Klekamp, February 8, 2024, | GOV_00043704 - GOV_00043707 |
| Texas Franchise Tax Public Information Report, Taxpayer number 32017090971, Report Year 2022, Taxpayer name Assured Medical Billing Inc, SOS #0800471981 (1 page) | Jane Nelson, December 5, 2023 | GOV_00043964 (certification at GOV_00043957) |
| Articles of Incorporation, Assured Medical Billing, Inc. (6 pages) | Jane Nelson, December 5, 2023 | GOV_00043958 – GOV_00043963 (certification at GOV_00043957) |
| Texas Franchise Tax Public Information Report, Taxpayer number 32035908634, Report Year 2022, Taxpayer name Garland Anesthesia Consultants PA, SOS #0800073664 (1 page) | Jane Nelson, December 5, 2023 | GOV_00043967 (certification at GOV-00043965) |
| Articles of Association, Garland Anesthesia Consultants, P.A., filed April 10, 2002 (1 page) | Jane Nelson, December 5, 2023 | GOV_00043966 (certification at GOV-00043965) |

As set forth above, these records have been made available to the defendant. Because the government has satisfied the requirements of Rule 902(1) and/or (4), the government respectfully requests that the Court reject any hearsay and/or authentication objections to the records.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*s/ John J. de la Garza III*
John J. de la Garza III
Texas Bar No. 007964555
Assistant United States Attorney
1100 Commerce Street, Room 300
Dallas, Texas 75242-1699
Telephone: 214-659-8682
Email  john.delagarza@usdoj.gov

## Certificate Of Service

I certify that a copy of this pleading was served on counsel for the defendant via ECF on the 4th day of March 2024.

*s/ John J. de la Garza III*
John J. de la Garza III
Assistant United States Attorney
