# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **No. 3:22-CR-378-N** |
| | ) | |
| **RAYNALDO RIVERA ORTIZ JR.** | ) | **ECF** |

### DEFENDANT'S WITNESS LIST

COMES NOW, Raynaldo Rivera Ortiz, Jr., by and through his counsel, John M. Nicholson, Assistant Federal Public Defender, in accordance with this Court's Pretrial Order, hereby adopts all the Government's witnesses and files the following listing of witnesses:

| PROBABLE WITNESS & ADDRESS | GENERAL AREA OF TESTIMONY |
|---|---|
| Kassandra Garza<br>Dallas Police Department<br>1400 Botham Jean Blvd.<br>Dallas, Texas 75215 | Fingerprint collection |
| Detective Andrea Watson<br>Dallas Police Department<br>1400 Botham Jean Blvd.<br>Dallas, Texas 75215 | Fingerprint collection and analysis |
| Jo Skabo<br>1056 Ruidoso Downs Drive<br>Terrell, Texas 75160 | Firsthand knowledge of work with Dr. Ortiz. |
| Dr. Jason Joonki Park<br>2552 Gosling Drive<br>Plano, Texas 75075 | Self-identification. |
| Dr. Gerald D. Murphy<br>12222 Merit Drive, Suite 600<br>Dallas, Texas 75251 | Self-identification. |
| POSSIBLE WITNESSES & ADDRESS | GENERAL AREA OF TESTIMONY |

| | |
|---|---|
| Edwin Lisboa<br>Federal Public Defender, NDTX<br>525 S. Griffin Street, Ste. 629<br>Dallas, Texas 75202 | Fact and witness investigation |
| Dr. Kari M. Midthun, Ph.D.<br>NMS Labs<br>200 Welsh Road<br>Horsham, PA 79044 | Blood sample testing |
| Dr. Elizabeth Kerner, M.D.<br>6130 W. Parker #110<br>Plano, Texas 75093 | K.G. 07/07/2022<br><br>T.Y. 08/04/2022<br><br>K.P. 08/18/2022 & 08/19/2022 |
| Terrie Burson<br>9009 Briarcrest Drive<br>Rowlett, Texas 75089 | Firsthand knowledge of work with Dr. Ortiz. |
| Haley Torneden<br>3033 Ohio Drive<br>Frisco, Texas | Firsthand knowledge of work with Dr. Ortiz. |
| Dr. Bernard Adami<br>2225 Peggy Lane<br>Garland, Texas 75042 | Firsthand knowledge of work with Dr. Ortiz. |
| Dr. Michael Cowart<br>5613 Yeary Road<br>Plano, Texas 75024 | Firsthand knowledge of work with Dr. Ortiz. |
| Dr. Steven Trostel<br>6624 Terrace Mill Lane<br>Plano, Texas 75024 | Firsthand knowledge of work with Dr. Ortiz. |
| Dr. Joel Ciarochi<br>7 Medical Pkwy<br>Dallas, TX 75234 | BSW ND Investigation of Dr. Ortiz |
| Tuan Vu<br>Paramedic, Dallas Fire Rescue<br>1551 Baylor Street, #300<br>Dallas, Texas 75226 | J.E. 08/09/2022 |
| EXPERT WITNESSES & ADDRESS | GENERAL AREA OF TESTIMONY |

| BobbieJean Sweitzer, M.D.<br>3300 Gallows Road<br>Falls Church, Virginia 22042 | Interpret medical records in this case. |
| Heather L. Harris, MFS, JD<br>P.O. Box 43626<br>Philadelphia, Pennsylvania 19106 | Explain the technical evidence in this case. |
| Elizabeth M. Molina, CLPE<br>1400 Botham Jean Blvd.<br>Dallas, Texas 75215 | Read and interpret latent prints in this case. |

The defense does not anticipate calling any other witnesses other than for impeachment purposes.

Respectfully submitted,

/s/ John M. Nicholson
JOHN M. NICHOLSON
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 24013240
525 Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.   The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means to john.delagarza@usdoj.gov.

/s/ John M. Nicholson
JOHN M. NICHOLSON