IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

RAYNALDO RIVERA ORTIZ, JR.

CRIMINAL NO. 3:22-CR-378-N

## GOVERNMENT'S SECOND AMENDED EXHIBIT LIST

The United States of America submits this Exhibit List:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| **August 4, 2022** | | | |
| 1 | Surveillance Clip 1 (Channel 2: Actual Time 7:56 and Video Time 8:58) | | |
| 2 | Surveillance Clip 2 (Channel 2: Actual Time 9:35 and Video Time 10:37) | | |
| 3 | Surveillance Clip 3 (Channel 2: Actual Time 11:33 – 11:34 and Video Time 12:35 – 12:36) | | |
| 4 | Surveillance Clip 4 (Channel 2: Actual Time 11:36 – 11:37 and Video Time 12:38 – 12:39) | | |
| 5 | Surveillance Clip 5 (Channel 2: Actual Time 11:46 – 11:47 and Video Time 12:48 – 12:49) | | |
| 6 | Surveillance Clip 6 (Channel 2: Actual Time 11:33 – 12:09 and Video Time 12:35 – 13:11) | | |

| | | | |
|---|---|---|---|
| 7 | Surveillance Clip 7 (Channel 2: Actual Time 12:09 and Video Time 13:11) | | |
| 8 | Surveillance Clip 8 (Channel 2: Actual Time 12:50-12:51 and Video Time 13:52-13:53) | | |
| 9 | Surveillance Clip 9 (Channel 5: Actual Time 13:09 and Video Time 14:11) | | |
| 10 | Surveillance Clip 10 (Channel 5: Actual Time 13:15 – 13:17 and Video Time 14:17 – 14:19) | | |
| 11 | August 4, 2022 - Surveillance Video CH2 0800 - 0900 | | |
| 12 | August 4, 2022 - Surveillance Video CH2 1200 - 1300 | | |
| 13 | August 4, 2022 - Surveillance Video CH2 1300 - 1400 | | |
| 14 | August 4, 2022 - Surveillance Video CH5 1400 - 1500 | | |
| **August 9, 2022** | | | |
| 15 | Surveillance Clip 1 (Channel 2: Actual Time 8:00 – 8:01 and Video Time 9:02 – 9:03) | | |
| 16 | Surveillance Clip 2 (Channel 2: Actual Time 10:19 and Video Time 11:21) | | |
| 17 | Surveillance Clip 3 (Channel 2: Actual Time 10:19 – 10:54 and Video Time 11:21 – 11:56) | | |

| | | | |
|---|---|---|---|
| 18 | Surveillance Clip 4 (Channel 2: Actual Time 10:54 and Video Time 11:56) | | |
| 19 | Surveillance Clip 5 (Channel 7: Actual Time 10:56 and Video Time 11:58) | | |
| 20 | Surveillance Clip 6 (Channel 2: Actual Time 11:03 – 11:04 and Video Time 12:05 – 12:06) | | |
| 21 | Surveillance Clip 7 (Channel 2: Actual Time 11:18 and Video Time 12:20) | | |
| 22 | Surveillance Clip 8 (Channel 2: Actual Time 11:23 – 11:25 and Video Time 12:25 – 12:27) | | |
| 23 | Surveillance Clip 9 (Channel 4: Actual Time 11:31 and Video Time 12:33) | | |
| 24 | August 9, 2022 Surveillance Video CH2 0900 - 1000 | | |
| 25 | August 9, 2022 - Surveillance Video CH2 1100 - 1200 | | |
| 26 | August 9, 2022 - Surveillance Video CH2 1200- 1300 | | |
| 27 | August 9, 2022 - Surveillance Video CH4 1200 - 1300 | | |
| 28 | August 9, 2022 - Surveillance Video CH7 1100 - 1200 | | |
| **August 16, 2022** | | | |

| | | | |
|---|---|---|---|
| 29 | Surveillance Clip 1 (Channel 2: Actual Time 8:00 and Video Time 9:02) | | |
| 30 | Surveillance Clip 2 (Channel 2: Actual Time 9:17 and Video Time 10:19) | | |
| 31 | Surveillance Clip 3 (Channel 2: Actual Time 9:18 and Video Time 10:20) | | |
| 32 | Surveillance Clip 4 (Channel 5: Actual Time 9:21 – 9:23 and Video Time 10:23 – 10:25) | | |
| 33 | Surveillance Clip 5 (Channel 2: Actual Time 10:51 and Video Time 11:53) | | |
| 34 | Surveillance Clip 6 (Channel 2: Actual Time 10:51 – 11:11 and Video Time 11:53 – 12:13) | | |
| 35 | Surveillance Clip 7 (Channel 2: Actual Time 11:11 and Video Time 12:13) | | |
| 36 | August 16, 2022 - Surveillance Video CH2 0900 - 1000 | | |
| 37 | August 16, 2022 - Surveillance Video CH2 1100 - 1200 | | |
| 38 | August 16, 2022 - Surveillance Video CH2 1200 - 1300 | | |
| 39 | August 16, 2022 - Surveillance Video CH5 1000 - 1100 | | |
| **August 18, 2022** | | | |

| | | | |
|---|---|---|---|
| 40 | Surveillance Clip 1 (Channel 2: Actual Time 5:30 – 5:34 and Video Time 6:32 – 6:36) | | |
| 41 | Surveillance Clip 2 (Channel 5: Actual Time 9:03 and Video Time 10:05) | | |
| 42 | Surveillance Clip 3 (Channel 2: Actual Time 9:03 and Video Time 10:05) | | |
| 43 | August 18, 2022 - Surveillance Video CH2 0600 - 0700 | | |
| 44 | August 18, 2022 - Surveillance Video CH2 1000 - 1100 | | |
| 45 | August 18, 2022 - Surveillance Video CH5 1000 - 1100 | | |
| **August 19, 2022** | | | |
| 46 | Surveillance Clip 1 (Channel 2: Actual Time 8:22 and Video Time 9:24) | | |
| 47 | Surveillance Clip 2 (Channel 2: Actual Time 10:34 and Video Time 11:36) | | |
| 48 | Surveillance Clip 3 (Channel 2: Actual Time 10:34 – 10:41 and Video Time 11:36 – 11:43) | | |
| 49 | Surveillance Clip 4 (Channel 2: Actual Time 10:41 and Video Time 11:43) | | |
| 50 | Surveillance Clip 5 (Channel 2: Actual Time 11:12 and Video Time 12:14) | | |

| | | | |
|---|---|---|---|
| 51 | Surveillance Clip 6 (Channel 1: Actual Time 11:13 and Video Time 12:15) | | |
| 52 | Surveillance Clip 7 (Channel 6: Actual Time 12:57 and Video Time 13:59) | | |
| 53 | Surveillance Clip 8 (Channel 6: Actual Time 13:02 and Video Time 14:04) | | |
| 54 | August 19, 2022 - Surveillance Video CH1 1200 - 1300 | | |
| 55 | August 19, 2022 - Surveillance Video CH2 0900 - 1000 | | |
| 56 | August 19, 2022 - Surveillance Video CH2 1100 - 1200 | | |
| 57 | August 19, 2022 - Surveillance Video CH2 1200 - 1300 | | |
| 58 | August 19, 2022 - Surveillance Video CH6 1300 - 1400 | | |
| 59 | August 19, 2022 - Surveillance Video CH6 1400 - 1500 | | |
| **August 23, 2022** | | | |
| 60 | Surveillance Clip 1 (Channel 2: Actual Time 7:54 and Video Time 8:56) | | |
| 61 | Surveillance Clip 2 (Channel 5: Actual Time 8:19 – 8:23 and Video Time 9:21 – 9:25) | | |
| 62 | Surveillance Clip 3 (Channel 8: Actual Time 8:23 – 8:24 and Video Time 9:25 – 9:26) | | |

| | | | |
|---|---|---|---|
| 63 | Surveillance Clip 4 (Channel 5: Actual Time 8:24 and Video Time 9:26) | | |
| 64 | Surveillance Clip 5 (Channel 2: Actual Time 8:25 and Video Time 9:27) | | |
| 65 | Surveillance Clip 6 (Channel 2: Actual Time 8:26 and Video Time 9:28) | | |
| 66 | Surveillance Clip 7 (Channel 5: Actual Time 8:27 and Video Time 9:29) | | |
| 67 | Surveillance Clip 8 (Channel 2: Actual Time 8:28 and Video Time 9:30) | | |
| 68 | Surveillance Clip 9 (Channel 2: Actual Time 8:30 – 8:31 and Video Time 9:32 – 9:33) | | |
| 69 | Surveillance Clip 10 (Channel 2: Actual Time 8:34 and Video Time 9:36) | | |
| 70 | August 23, 2022 - Surveillance Video CH2 0800 - 0900 | | |
| 71 | August 23, 2022 - Surveillance Video CH2 0900 - 1000 | | |
| 72 | August 23, 2022 - Surveillance Video CH8 0900 - 1000 | | |
| 73 | August 23, 2022 - Surveillance Video CH5 0900 - 1000 | | |
| **August 24, 2022** | | | |

| | | | |
|---|---|---|---|
| 74 | Surveillance Clip 1 (Channel 2: Actual Time 9:31 – 9:32 and Video Time 10:33 – 10:34) | | |
| 75 | Surveillance Clip 2 (Channel 5: Actual Time 10:04 and Video Time 11:06) | | |
| 76 | Surveillance Clip 3 (Channel 5: Actual Time 10:14 and Video Time 11:16) | | |
| 77 | Surveillance Clip 4 (Channel 5: Actual Time 10:59 – 11:00 and Video Time 12:01 – 12:02) | | |
| 78 | August 24, 2022 – Surveillance Video CH2 1000 - 1100 | | |
| 79 | August 24, 2022 – Surveillance Video CH5 1100 - 1200 | | |
| 80 | August 24, 2022 – Surveillance Video CH5 1200 - 1300 | | |
| 81 | RESERVED | | |
| 82 | RESERVED | | |
| 83 | RESERVED | | |
| 84 | RESERVED | | |
| 85 | RESERVED | | |
| 86 | RESERVED | | |
| 87 | RESERVED | | |
| 88 | RESERVED | | |
| 89 | RESERVED | | |
| 90 | RESERVED | | |
| 91 | RESERVED | | |
| 92 | RESERVED | | |
| 93 | RESERVED | | |
| 94 | RESERVED | | |
| 95 | RESERVED | | |
| 96 | RESERVED | | |
| 97 | RESERVED | | |
| 98 | RESERVED | | |

| | | | |
|---|---|---|---|
| 99 | RESERVED | | |
| 100 | Photograph of Baylor Scott & White Surgicare North Dallas (BSW ND) | | |
| 101 | Business Clock | | |
| 102 | Photograph of PACU at BSW ND | | |
| 103 | Photograph of O.R. Hall at BSW ND | | |
| 104 | Photograph of Bath Hall at BSW ND | | |
| 105 | Photograph of PACU at BSW ND | | |
| 106 | Photograph of O.R. Storage at BSW ND | | |
| 107 | Photograph of Pre-Op at BSW ND | | |
| 108 | Photograph of Materials Hall at BSW ND | | |
| 109 | Photograph of Entry Hall at BSW ND | | |
| 110 | Photograph of Business Hall at BSW ND | | |
| 111 | Photograph of Dictation Room at BSW ND | | |
| 112 | Photograph of Business Hall at BSW ND | | |
| 113 | Photograph of med cabinet (both doors) at BSW ND | | |
| 114 | Photograph of posters on the med cabinet at BSW ND | | |
| 115 | Photograph of med cabinet at BSW ND | | |
| 116 | Photograph of med cabinet at BSW ND | | |
| 117 | Photograph of poster at BSW ND | | |
| 118 | Photograph of IV stand in operating room at BSW ND | | |

Government's Exhibit List – Page 9 of 16

| | | | |
|---|---|---|---|
| 119 | Photograph of operating room at BSW ND | | |
| 120 | Photographs of anesthesia cart in operating room at BSW ND | | |
| 121 | Photograph of Hallway by OR #2 | | |
| 122 | Photograph of hallway by OR #4 at BSW ND | | |
| 123 | Photograph of interior of the operating room at BSW ND | | |
| 124 | Photograph of warming bin (warmer) at BSW ND | | |
| 125 | Photograph of warming bin (warmer) at BSW ND | | |
| 126 | Photograph of back hallway at BSW ND | | |
| 127 | Photograph of back hallway at BSW ND | | |
| 128 | Photograph of the hallway looking towards Recovery at BSW ND | | |
| 129 | Photographs of the Pre-Op at BSW ND | | |
| 130 | SWIFS records - J.A. | | |
| 131 | Medical City records - J.A. | | |
| 132 | BSW ND records - J.A. | | |
| 133 | Medical City records - J.A. | | |
| 134 | Root Cause Analysis BSW ND - J.A. | | |
| 135 | Photographs of IV Bag | | |
| 136 | Photographs of IV Bag Sleeve | | |
| 137 | Photographs of IV Bag Sleeve | | |
| 138 | Photographs of J.A. at hospital | | |
| 139 | Video of J.A. post-incident | | |

| | | | |
|---|---|---|---|
| 140 | Video of J.A. post-incident | | |
| 141 | Photograph of J.A. post-incident | | |
| 142 | Toxicology Analysis Test Report – J.A. | | |
| 143 | BSW ND records - J.E. | | |
| 144 | Texas Health Resources records - J.E. | | |
| 145 | BSW ND records - K.P. | | |
| 146 | SWIFS records - K.P. | | |
| 147 | Medical City Heart and Spine records - K.P. | | |
| 148 | Photographs of blood sample – K.P. | | |
| 149 | Medical City Heart and Spine records - K.P. | | |
| 150 | Root Cause Analysis BSW ND - K.P. | | |
| 151 | Dallas Co. Medical Examiners records - M.K. | | |
| 152 | Photographs at M.K. Residence | | |
| 153 | Toxicology Analysis Test Report – M.K. | | |
| 154 | Text regarding M.K.'s schedule | | |
| 155 | Medical City Heart and Spine records - T.Y. | | |
| 156 | BSW ND records - T.Y. | | |
| 157 | Root Cause Analysis BSW ND - T.Y. | | |
| 158 | Baylor Scott & White Surgicare North Garland (BSW NG) peer review records | | |
| 159 | Texas Medical Board records concerning Ortiz | | |
| 160 | BSW ND Case by Surgeon Summary Report | | |
| 161 | Photograph of IV bags (4) | | |
| 162 | Calendar denoting transfers | | |

| | | | |
|---|---|---|---|
| 163 | BSW ND purchase order with Medline Industries, Inc. | | |
| 164 | Medline shipping documents, BSW ND | | |
| 165 | Medline shipping documents, BSW ND | | |
| 166 | Peer Review Communication | | |
| 167 | Medications released for testing | | |
| 168 | Photographs of medications | | |
| 169 | Complaint, dated 3/8/2018 | | |
| 170 | Agreed Order, dated 10/19/2018 | | |
| 171 | Agreed Order, dated 8/19/2022 | | |
| 172 | Order of Temporary Suspension, dated 9/9/2022 | | |
| 173 | BSW ND records concerning peer review | | |
| 174 | Ortiz cases, May through August 2022 | | |
| 175 | Anesthesia analysis (daily schedule) | | |
| 176 | Staff calendar | | |
| 177 | Ortiz May to August 2022 calendar | | |
| 178 | 2022 Calendar and Root Cause Analysis BSW ND | | |
| 179 | Lactated Ringer's Injection USP label | | |
| 180 | Lactated Ringer's Injection, USP Description | | |
| 181 | Financial account records, JPMorgan Chase Bank, N.A. | | |

| | | | |
|---|---|---|---|
| 182 | Financial account records, JPMorgan Chase Bank, N.A. | | |
| 183 | Financial account records, JPMorgan Chase Bank, N.A. | | |
| 184 | Financial account records, JPMorgan Chase Bank, N.A. | | |
| 185 | Financial account records, JPMorgan Chase Bank, N.A. | | |
| 186 | Financial account records, American Express | | |
| 187 | Financial account records, Bank of America, N.A., | | |
| 188 | Financial account records, Bank of America, N.A. | | |
| 189 | IRS federal tax returns and tax information concerning Ortiz and businesses | | |
| 190 | IV Bag from J.A. procedure | | |
| 191 | IV Shell from J.A. procedure | | |
| 192 | IV bags (2) from warmer | | |
| 193 | K.P. blood samples | | |
| 194 | J.A. blood samples | | |
| 195 | DVR from BSW ND | | |
| 196 | Hard drive copy of surveillance from BSW ND | | |
| 197 | Comparison Chart - Gross Receipts vs Distributions, Garland Anesthesia (2016-2021) | | |
| 198 | Comparison Chart - Ordinary Income vs Distributions, Garland Anesthesia (2016-2021) | | |

| | | | |
|---|---|---|---|
| 199 | Comparison Chart – Distributions, Assured vs Garland | | |
| 200 | Comparison Chart - Gross Receipts, Assured vs Garland | | |
| 201 | Comparison Chart - Ordinary Income (Loss), Assured vs Garland | | |
| 202 | Texan Security Services Invoice | | |
| 203 | RESERVED | | |
| 204 | RESERVED | | |
| 205 | IV Bag (demonstrative) | | |
| 206 | Syringe (demonstrative) | | |
| 207 | Medicine Vial(s) (demonstrative) | | |
| 208 | Patient records, M.N. | | |
| 209 | Patient records, J.R. | | |
| 210 | Patient records, M.A. | | |
| 211 | Patient records, A.H. | | |
| 212 | Patient records, K.G. | | |
| 213 | Patient records, L.S. | | |
| 214 | Patient records, F.L. | | |
| 215 | Patient records, M.D. | | |
| 216 | Floor plan of BSW ND with camera angles | | |
| 217 | NMS Toxicology Report – J.A. | | |
| 218 | NMS Toxicology Report - J.A. | | |
| 219 | Root Cause Analysis BSW ND - J.E. | | |
| 220 | Toxicology Analysis Test Report – K.P. | | |
| 221 | NMS Toxicology Report – K.P. | | |
| 222 | NMS Toxicology Report – K.P. | | |
| 223 | NMS Toxicology Report – K.P. | | |
| 224 | NMS Toxicology Report -M.K. | | |

| | | | |
|---|---|---|---|
| 225 | BSW ND purchase order with Medline Industries, Inc. | | |
| 226 | First Amended Complaint, dated 6/15/2018 | | |
| 227 | SWIFS records, 22-IFS-12341 | | |
| 228 | SWIFS records, 22-IFS-17256 | | |
| 229 | SWIFS records, 22-IFS-17336 | | |
| 230 | Ortiz call (to be excerpted) | | |
| 231 | Ortiz call (to be excerpted) | | |
| 232 | Ortiz call (to be excerpted) | | |
| 233 | Timeline (7 days) | | |
| 234 | NMS Labs records | | |
| 235 | Notice of Federal Tax Lien | | |
| 236 | Notice of Federal Tax Lien | | |
| 237 | Certification | | |
| 238 | Articles of Incorporation, and Public Information Report, Assured Medical Billing, Inc. | | |
| 239 | Certification | | |
| 240 | Articles of Incorporation, and Public Information Report, Garland Anesthesia Consultants P.A. | | |
| 241 | Transcript of Ortiz call (to be excerpted) | | |
| 242 | Transcript of Ortiz call (to be excerpted) | | |
| 243 | Transcript of Ortiz call (to be excerpted) | | |

| 244 | Verbeck Report | | |

                Respectfully submitted,

                LEIGHA SIMONTON
                UNITED STATES ATTORNEY

                */s/ John J. de la Garza III*
                JOHN J. DE LA GARZA III
                Assistant United States Attorney
                Texas Bar No. 00796455
                1100 Commerce Street, Third Floor
                Dallas, Texas 75242-1699
                Tel: (214) 659.8682; Fax: (214) 659.8812
                Email: john.delagarza@usdoj.gov

                PATRICK R. RUNKLE
                Senior Litigation Counsel
                RACHEL BARON
                Trial Attorney
                Consumer Protection Branch
                U.S. Department of Justice
                P.O. Box 386
                Washington, DC  20044-0386
                Tel:  202.532.4723
                Email:  patrick.runkle@usdoj.gov
                Email:  rachel.e.baron@usdoj.gov

## Certificate of Service

     I certify that on March 31, 2024 I electronically filed this document with the Clerk for the United States District Court for the Northern District of Texas pursuant to its electronic filing system (ECF).

                */s/ John J. de la Garza III*
                JOHN J. DE LA GARZA III
                Assistant United States Attorney