**In the United States District Court**

**for the Northern District of Texas**

**Dallas Division**

| | | |
|---|---|---|
| **United States of America,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 3:22-CR-378-N** |
| | § | |
| **Raynaldo Rivera Ortiz, Jr** | § | |
| **Defendant.** | § | |
| | § | |

**Notice of Erroneous Citation**

Page 2, Section 3, of the defendant's objections to the Government's Proposed

Instructions inadvertently cited a portion of Justice Thomas's dissent in *Gonzales v. Raich*, 545

U.S. 1 (2005), without noting that it came from the dissent. I apologize for the error.

<div style="margin-left: 40%;">

Respectfully submitted,
JASON D. HAWKINS
Federal Public Defender
Northern District of Texas

/s/ Kevin Joel Page
KEVIN JOEL PAGE
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 24042691
525 Griffin Street, Suite 629
Dallas, Texas 75202
Phone 214-767-2746
joel_page@fd.org

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2024, I electronically filed the foregoing document using

the Court's CM/ECF system, thereby providing service on attorneys of record.


/s/ Kevin Joel Page

KEVIN JOEL PAGE