Chambers of David C. Godbey
1100 Commerce Street Room 1358
Dallas, Texas 75242

3:22 CR 378-N
USA v. Ortiz
Jury Notes

Can we have the physical evidence (IV bags) opened for us?

B. [signature]

4/12/2024
Juror #1

11:49 pm CDT

Yes
[signature: David Godbey]