IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Crim. Action No. 3:22-CR-378-N |
| | § § | |
| RAYNALDO RIVERA ORTIZ, JR. | | |

## VERDICT OF THE JURY

We, the Jury, find the Defendant "guilty" or "not guilty" as follows:

Count One – tampering on or about August 4, 2022

_guilty_

serious bodily injury (yes or no)

_yes_

Count Two – tampering on or about August 9, 2022

_guilty_

serious bodily injury (yes or no)

_yes_

Count Three – tampering on or about August 16, 2022

_guilty_

serious bodily injury (yes or no)

_yes_

Count Four – tampering on or about August 19, 2022

COURT'S CHARGE – PAGE 17

_guilty_

serious bodily injury (yes or no)

_yes_

Count Five – tampering on or about August 23, 2022

_guilty_

Count Six – adulteration of drug on or about August 4, 2022

_guilty_

Count Seven – adulteration of drug on or about August 9, 2022

_guilty_

Count Eight – adulteration of drug on or about August 16, 2022

_guilty_

Count Nine – adulteration of drug on or about August 19, 2022

_guilty_

Count Ten – adulteration of drug on or about August 23, 2022

_guilty_

Signed this the _12_ day of _April_, 2024.

_Jonathan Blake Younger_
Presiding Juror

Juror #1