IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. Action No. 3:22-CR-00378-N |
| | § | |
| RAYNALDO RIVERA ORTIZ, JR (1) | § | |

## AMENDED SENTENCING SCHEDULING ORDER

Before the Court is the Defendant's Unopposed Motion to Continue Sentencing Hearing and Related Deadlines filed June 27, 2024. The Court finds that the request has merit and grants it. The sentencing hearing is rescheduled for **September 16, 2024** at 9:30 a.m.

The parties must deliver to the court, the probation officer and the opposing party their objections, if any, to the presentence report within 30 days before the sentencing date. If there are no objections, the party must submit a statement adopting the report.

The probation officer must deliver any addendum to the presentence report to the Court, the defendant's counsel and counsel for the government at least 14 days before the sentencing hearing. Counsel will then have 7 days before the sentencing to deliver to the court, the probation officer and opposing counsel any objections to the addendum.

Defendant's counsel shall submit any written materials, such as letters, notes and/or other items, for consideration to the Court and the probation officer at least 7 days before sentencing.

Any motion regarding downward or upward departures must be filed at least 14 days before sentencing. Any response in opposition to such a motion must be filed at least 7 days before sentencing.

AMENDED SENTENCING SCHEDULING ORDER – PAGE 1

In any case in which 18 U.S.C. §§ 3663-64 apply, no later than 5 days from the date of this order the attorney for the government must provide to the probation officer all information that the officer needs to comply with crime victim restitution requirements. Counsel should direct any questions regarding this Order to Carla Moore, Court Coordinator, at 214-753-2706.

Signed July 1, 2024.

*David C. Godbey*
Chief United States District Judge