UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **3:22-CR-378-N** |
| § | |
| **RAYNALDO RIVERA ORTIZ,** § | |

# ORDER

## ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE

Upon consideration of Defendant's Motion to Continue Sentencing Hearing, said Motion is GRANTED this _____ day of _____, 2024.

**SO ORDERED**.

_____
**CHIEF HONORABLE DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE**